# EXHIBIT A

```
 1                  SUPERIOR COURT OF CALIFORNIA

 2             IN AND FOR THE COUNTY OF SAN FRANCISCO

 3                         DEPARTMENT 30

 4                          ---oOo---

 5   PEOPLE OF THE STATE OF CALIFORNIA, )
                                        )
 6                  Plaintiff,          )
                                        ) Court No. 19017261
 7   vs.                                )
                                        )
 8   JIMMY TANNER,                      ) Pages 1-12
                                        )
 9                  Defendant.          )
     _____)
10

11                  Reporter's Transcript of

12                 APD RESTITUTION REPORT

13                 WEDNESDAY JULY 28, 2021

14        BEFORE:   THE HONORABLE TERESA CAFFESE, JUDGE

15                          ---oOo---

16                 APPEARANCES OF COUNSEL:

17

18   For the People:                For the Defendant:

19   CHESA BOUDIN                   MANOHAR RAJU
     District Attorney              Public Defender
20   District Attorney's Office     Public Defender's Office
     County of San Francisco        County of San Francisco
21   350 Rhode Island Street        555 7th Street
     North Building, Suite 400n     San Francisco, CA 94103
22   San Francisco, CA 94103        BY:  SLIMAN NAWABI
     BY:  GREG FLORES               Deputy Public Defender
23   Deputy District Attorney

24   For Mr. Le:
     QUYEN TA
25   Attorney at Law
     King & Spalding
26   50 California Street, Suite 3300
     San Francisco, CA 94111

27

28   REPORTED BY:  DIANA PAQUETTE, CSR NO. 14192
```

1                  WEDNESDAY JULY 28, 2021 - MORNING SESSION

2               BEFORE:  THE HONORABLE TERESA CAFFESE, JUDGE

3                                  --oOo--

4        THE COURT:  Let's call tanner on line six.  State your

5    appearances.

6        MR. FLORES:  Greg Flores for the People.

7        MR. NAWABI:  Sliman Nawabi.

8        MS. TA:  Good morning, Your Honor.  My name is Quyen Ta.

9    Q-Y-U-E-N, first name.  Last name is Ta, T-A.  I'm a partner at

10   the law firm of King and Spalding representing the victim, and

11   his name is Anh Le.  A-N-H, L-E.  We have submitted for the

12   Court and to the probation officer a victim impact statement.

13   The first part of it beginning with my name is Mr. Le going all

14   the way through finally that basically states the facts.  So I

15   don't want to repeat that nor do I wish for my client to be

16   re-victimized by having to read the entire statement, but for

17   the written record as well as for the verbal record for this

18   matter because unfortunately Mr. Le was not given the proper

19   opportunity to be a part of the system in order for him to even

20   give his voice to the Court and for the Court to consider how

21   this has impacted for purposes of sentencing, he does wish to

22   make a short statement beginning with where it says Mr. Tanner,

23   and I'd like him to read it.

24       We very deeply appreciate the Court's indulgence in allowing

25   our client to make the statement.  Mr. Le, if you can introduce

26   yourself to the Court.

27       MR. FLORES:  Before you begin let me do a little set up

28   here.  Today is the first appearance in the restitution court.

1    It's on today for the receipt of the restitution report created

2    by APD, which we have received.  Part of that report is what's

3    requested in the restitution, but it also includes Mr. Le's

4    statement.  So I think Mr. Le would now like to give a portion

5    of that statement since he wasn't allowed to do so at

6    sentencing.

7         THE COURT:  Of course.  Mr. Le, thank you for being here.

8    Go ahead, sir.

9         MR. LE:  Good morning, Your Honor.  My name is Anh Le.  May

10   I read to you part of the victim impact statement?

11        THE COURT:  Yes.  Whatever you want, sir.  Take your time.

12        MR. LE:  Thank you, your Honor.  Thank you for giving me

13   this opportunity to read to you, Your Honor, in the Court here

14   in San Francisco my victim impact statement, which is three

15   pages long.

16        THE COURT:  Do you want to sit down, sir?

17        MR. LE:  I'm fine, Your Honor.

18        Your Honor, Mr. Tanner took away my dignity and sense of

19   safety.  As I described the DA's office has taken away my hope

20   for justice and allowed a violent criminal, Jimmy Tanner Sr.,

21   and his adolescent son to run the street looking for more

22   victims and praying on elderly Asian Americans to attack and

23   assault.

24        Ever since November 2019, Your Honor, I cannot help but

25   picture the attack over and over again.  I no longer feel safe

26   walking the streets in our city as I used to love to do.  I look

27   over my shoulder and wonder if there are people who want to hurt

28   me because I am Asian American.  Knowing that the attack was

 1   never acknowledged, never acknowledged, as a hate crime and that

 2   Mr. Tanner Sr. and his son will suffer no meaningful criminal

 3   consequences for their cowardly attacks is a disgrace on the

 4   part of the DA's office, in the City and County of San Francisco

 5   and an insult, yes, an insult to the brave San Francisco Police

 6   Department officers who arrested the Tanners, plural, in an

 7   effort to keep people like me safe.

 8        Your Honor, I was -- although I was extraordinarily lucky

 9   not to have been seriously injured or killed, the attack has

10   left me with a profound and lasting feeling of fear, anxiety,

11   helplessness and hopelessness.  For 20 months since the attack,

12   Your Honor, I have not slept soundly even a single night and

13   live with constant anxiety, Your Honor.  I rarely leave the

14   house, and my relationships with my family and friends have been

15   impacted as well.  I recently, Your Honor, realized that I need

16   professional help to deal with the trauma and anxiety and

17   post-traumatic stress syndrome, PTSD, caused by the attack.

18        I therefore, Your Honor, respectfully ask the Court to award

19   me restitution for copays for my visits to a psychotherapist,

20   $33.92 copayment per weekly visit times 52 weeks equaling

21   $1,763.84.  In recognition of what this attack has cost me in my

22   ongoing pain and suffering, Your Honor, I also wish to note,

23   Your Honor, and to the Court that this -- these -- figures are

24   based on today's estimate.  The final actual amounts may be

25   slightly higher depending on what the actual copayment will be.

26   That will be found out by my psychotherapist after she receives

27   her payment from the insurer.  Thank you, your Honor.

28        Your Honor, I also ask that the Court, Your Honor, here in

 1   San Francisco grant me a restraining order/criminal protective
 2   order for the greatest possible time and with the greatest
 3   possible distance requirements, Your Honor, against Jimmy Tanner
 4   Sr., his adolescent sons, his wife, and his entire family.  I
 5   request the Court to grant me a restraining order/criminal
 6   protective order for the greatest possible time and with the
 7   greatest possible distance requirements against the Tanners to
 8   protect me and my family -- to protect my family and myself
 9   given that the DA's office cannot assure me that they have done
10   so, that they have done that -- I'm sorry.
11        Let me read that again, Your Honor.  I also ask that the
12   Court grant me a restraining order/criminal protective order for
13   the greatest possible time and with the greatest possible
14   distance requirements against the Tanners to protect my family
15   and me, to protect my family and myself given that the DA's
16   office cannot assure me that they have done this correctly.
17        Your Honor, my true losses cannot be quantified, but this
18   acknowledgment, Your Honor, which I've otherwise been denied by
19   our justice system here in the United States of America -- and I
20   am a citizen of the United States of America.  I am a citizen of
21   the United States of America and a citizen of the State of
22   California and a citizen of the City and County of San Francisco
23   with all the rights thereto.  My true losses, Your Honor, cannot
24   be quantified, but this acknowledgment which I've other wise
25   been denied by our justice system is very important to me as I
26   begin the process of healing with the help of mental health
27   professionals.
28        Your Honor, respectfully -- and I really respect you and I'm

1   very grateful to you, Your Honor.  Your Honor, I thank Your

2   Honor, Judge, and I thank the Court here, which you're presiding

3   at this moment.  I thank you you, Your Honor, and this court,

4   which you're the presiding judge for the opportunity to be heard

5   through this victim impact statement and for its consideration

6   of my request respectfully submitted.  Thank you very much, Your

7   Honor.

8        THE COURT:  Thank you, Mr. Le.  It took a lot of courage to

9   come here and state -- there's nothing I can do to take away the

10  harm that's caused you today personally, but you're doing the

11  right thing and I hope that, you know, you're obviously taking

12  steps to take care of yourself and that's important.  You don't

13  need me to tell you this because I'm sure you know this, but

14  hopefully going forward you'll be okay and you'll get the

15  support you need and I don't know what kind of people do this

16  and you're right.  The DA's office should have notified you

17  because that's the law.  That's Marsy's Law.

18       Who negotiated this?  I'm not suggesting this, but I'm just

19  curious who negotiated this?

20       MR. LE:  Your Honor, may I respond to what you just said?

21       THE COURT:  Yes.

22       MR. LE:  Specifically to what you just said, Your Honor, the

23  DA's office including the so called victims advocate Priscilla

24  Portillo; including Diego Lopez, the assistant DA; including

25  Dennis Chow who was initially on the case briefly at the

26  beginning and then late in the game; and another assistant DA

27  who came on the scene only after I made my request repeatedly --

28  somebody named is Colin Alexander.  To reply to your question a

1    moment ago or to reply to your moment ago, may I just share with

2    you and the Court for the record that I have corresponded by

3    email with Priscilla Portillo, the so called victims advocate

4    and Diego Lopez, the assistant DA, who never once spoke with me.

5         May I say to you, Judge, to respond to what you just said,

6    that shortly after April 12th, 2021, I received an email from

7    Priscilla Portillo and with a CC to Diego Lopez letting me

8    know -- and I quote Priscilla Portillo's email to me -- "Mr. Le,

9    yesterday we resolved the case.  Jimmy Tanner Sr. pled to

10   battery, one year probation, one year restitution with

11   restraining orders/criminal protective order."

12        I just wish to note to you, Your Honor, and the Court for

13   the record that never once, never once, zero, never once, Your

14   Honor, did Priscilla Portillo, the so called victims advocate

15   nor her colleague Diego Lopez, let me know that they were even

16   considering a plea agreement nor did they ever, ever, Your

17   Honor, speak with me about the plea agreement which they were

18   considering -- and I'm saying which they were considering only

19   after the fact -- nor did they ever give me the opportunity to

20   review the proposed plea agreement and that to me, Your Honor,

21   even though I'm not a lawyer by any means or am I a judge as you

22   are, I know specifically, Mr. Flores, and, Judge, Your Honor,

23   that that specifically is a violation of Marsy's Law.

24        THE COURT:  You're right about that.

25        MR. LE:  By the way may I say one more thing and I'll defer

26   to my attorney.  After I received the email from Priscilla

27   Portillo, I requested Priscilla Portillo to please send me the

28   restraining order/criminal protective order by email as well as

1   requested her to send it to my home address.  No reply

2   whatsoever.  I can document that through the e-mails.  One more

3   thing, Your Honor.

4       THE COURT:  Go ahead.

5       MR. LE:  I kept repeating my request.  Your Honor, I just

6   want to say to Your Honor and this court that after receiving

7   that email I sent a reply by email to Ms. Priscilla Portillo and

8   Diego Lopez requesting them to send this quote/unquote

9   restraining order/criminal protective order, CPO.  Never once

10  did they reply to my request.  I repeated my request repeatedly.

11  No reply.

12      Then later on some new assistant DA named Colin Alexander

13  came on the scene.  I made my request to him with CCs to

14  Priscilla Portillo and Diego Lopez.  Took him a whole day.  We

15  don't even have you on record.  We don't even have your name.

16  We don't have you your record.  We don't have you on record.  I

17  can't find you.

18      THE COURT:  Thank you, Mr. Le.  I wish you all the best of

19  luck in your recovery and I really appreciate the comments that

20  you've made and I'm sure Mr. Flores will take your comments back

21  to his office and discuss what you've explained here to the

22  administration there I hope.

23      MS. TA:  Thank you, your Honor.  I didn't want to cut off

24  our client, but I know that we have spent quite a bit of time

25  with him.  We were referred this matter from the Alliance, which

26  is as I think I told you off the record is a group of law firm

27  partners, Asian American law firm partners, who are referred

28  victims such as Mr. Le who did not get the opportunity -- we're

 1    too late, Your Honor.  There's nothing we can do but the

 2    criminal justice system, which is extremely unfortunate.  Just

 3    to be efficient we will work with Mr. Flores's office to address

 4    the issues that you saw today, the things that we would like to

 5    do -- I will definitely provide a declaration from the therapist

 6    to sign with receipts because he's attended a few sessions now.

 7        The one thing that we'd like to address with the Court is

 8    that so far as the protective order -- and I can attest to what

 9    Mr. Le said.  He looked for the file.  He was passed around like

10    a file.  A file that was not important to the system and so

11    we're here today, but with the protective order his full name is

12    not even listed.  This is probably a very ministerial matter.

13    We have a copy of the protective order, and it just says Anh L.,

14    male, 67.  For purposes of his dignity and actually his

15    protection, he respectfully asks the Court to have his full name

16    there so that he can hang onto this protective order because

17    it's very important to him and his safety.

18        The other thing is -- my understanding, Your Honor -- and

19    I'm a civil trial lawyer, not a criminal lawyer, but I think the

20    protective order is only for one year.  If that's the maximum,

21    that's the maximum.  He would obviously like to request the

22    length of this protective order to be more like two or three

23    years.  Whatever is possible.  We were told by the DA's office

24    this is it, just because Mr. Tanner only received one year of

25    probation.  That's the request in so far as the criminal

26    protective order.

27        THE COURT:  I wasn't the sentencing judge.  My understanding

28    is the defendant received one year probation, and there's a

1   protective order for one year, which would cover the year

2   probation period.  I would imagine the other recourse would be a

3   civil restraining order.

4        MS. TA:  We've considered that.

5        THE COURT:  You would have to pursue, but that's the extent

6   of the jurisdiction this court would have

7        MS. TA:  Thank you, your Honor.  Is it possible for us to

8   work with the Court to get Mr. Le's full name placed on here?

9   His name's not even on this criminal protective order.

10       MR. FLORES:  The reason why I looked at yours because there

11  is one in here from the original arrest, which is dated 2019 and

12  his full name.  I think they did they did the L for his

13  protection because you need to have this served to the

14  defendant.  In other words, you'd have the defendant have his

15  full name.

16       MS. TA:  We can work with the DA's office if there's

17  anything else we need to do for him, but we certainly deeply

18  appreciate the Court's time and indulgence.  This is the first

19  time that Mr. Le has been able to tell anyone besides his

20  lawyers; so we thank the Court for your time for allowing Mr. Le

21  the ability to tell.

22       THE COURT:  Mr. Le, thank you for your courage.

23       MR. LE:  May I say one more thing to Your Honor?

24       THE COURT:  Of course.

25       MR. LE:  Your Honor, what I'm holding is a yellow colored

26  piece of paper by the clerk Michael Drabick dated April 12th.

27  On this criminal protective order as my lawyer already mentioned

28  to you my name is not even spelled correctly.  My last name is

1   only listed as capital L, and we're assuming that this piece of

2   paper is referring to me, the victim, when my first name is

3   listed and my last name is listed as capital L period.  67,

4   which is not my age.  My age, Your Honor, is 69.

5       I will be glad to show the Court this to give to you to take

6   a look at, but I do want to say this on the record that this

7   yellow piece of paper -- it lists the full name, ages, and

8   gender of each protective person and I see here that it lists

9   the name of Ching Wong, 84 years of age, male.  A-N-H capital L,

10  male, 67.  I presume it's me.  I'm not even sure whether they're

11  referring to me or not.  Also somebody named Siu, initial C,

12  initial F, 66.  May I just to see you, Your Honor, as you

13  already know this, but I just want to say this for the record

14  for the Court Ching Wong is Chinese Siu is Chinese.  ANH capital

15  L initial, presuming that they're actually referring to me.  And

16  I don't know that because there is no full last name and the age

17  is wrong -- the first name listed Mr. or Ms. Wong, 84, and the

18  third name listed Siu, initial C, period, F, period, are all

19  Chinese.  I am Vietnamese.

20      I'm a human being and I'm a citizen of the United States --

21  as you will see in the victim impact statement, three pages

22  long, Your Honor, I am today as of July 28, 2021, still waiting

23  from the district attorney's office as well as from the City and

24  County of San Francisco court system a restraining

25  order/criminal protective order to protect my family and myself

26  and one more thing.

27      Just for your information here among the preprinted lines

28  here, which are checked off, it actually says three years for

1    this criminal protective order.  Three years, Your Honor, not

2    one year.  Thank you very much, Your Honor.

3         THE COURT:  Good luck to you, sir.

4         MR. LE:  Thank you, your Honor.

5         THE COURT:  Should we get another date for the hearing?

6         MR. FLORES:  The best way to approach this would be put it

7    off to another to set date, so we can get the receipts and

8    determine where he is on his treatment.

9         MS. TA:  That's fine with us, Your Honor, and also

10   Mr. Flores.

11        MR. NAWABI:  Can we do August 31st?  Or the week before.

12        MS. TA:  Is it possible -- my apologies -- to do September

13   for my own schedule and Mr. Le cannot do Tuesdays.  13th or 15th

14   of September.

15        MR. NAWABI:  I can do the week after.  I'm not there that

16   week.

17        THE CLERK:  The 20th is good for the Court.

18        MS. TA:  That would be wonderful with us.

19        THE COURT:  September 20th to set.

20                        (Whereupon proceedings concluded.)

21

22

23

24

25

26

27

28

1

2  State of California                    )
                                          )
3  County of San Francisco                )

4

5       I, DIANA PAQUETTE, Official Reporter for the Superior Court

6  of California, County of San Francisco, do hereby certify:

7       That I was present at the time of the above proceedings;

8       That I took down in machine shorthand notes all proceedings

9  had and testimony given;

10      That I thereafter transcribed said shorthand notes with the

11 aid of a computer;

12      That the above and foregoing is a full, true, and correct

13 transcription of said shorthand notes, and a full, true and

14 correct transcript of all proceedings had and testimony taken;

15      That I am not a party to the action or related to a party

16 or counsel;

17      That I have no financial or other interest in the outcome

18 of the action.

19

20 Dated:  August 18, 2021

21

22

23

24                          _____

25                          DIANA PAQUETTE, CSR No. 14192

26

27

28