QUYEN L. TA (SBN 229956)
*qta@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    +1 415 318 1214
Facsimile:     +1 415 318 1300

MCGREGOR W. SCOTT (SBN 142413)
*mscott@kslaw.com*
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:    +1 916 321 4814

K. LUAN TRAN (SBN 193808)
*ltran@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    +1 213 443 4355
Facsimile:     +1 213 443 4310

*Attorneys for Plaintiff, Anh Lê*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANH LÊ**,<br><br>             Plaintiff,<br><br>       v.<br><br>**CHESA BOUDIN**, in his official capacity as District Attorney of the City and County of San Francisco, California; **CITY AND COUNTY OF SAN FRANCISCO**,<br><br>             Defendants. | Case No. 3:22-cv-00477-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE AND HEARING IF DEFENDANTS FILE A MOTION TO DISMISS** |

1    Plaintiff Anh Lê and Defendants Chesa Boudin and the City and County of San Francisco

2  (collectively, the "Parties"), together through their undersigned counsel, hereby stipulate to an

3  extension of the time for Defendants to respond to Plaintiff's Complaint.  The current deadline is

4  February 24, 2022.  The Parties hereby stipulate to extend the deadline to March 1, 2022.  This is

5  the first extension of this deadline.

6    The Parties are currently working to avoid unnecessary motion practice.  To facilitate

7  their discussions without causing undue delay, the Parties further stipulate that, if Defendants

8  respond to the Complaint with a motion to dismiss, it will be deemed served as of the date of

9  service, but for the purposes of the briefing schedule, the motion shall be treated as if it were

10  filed on the original due date of February 24, 2022.  Accordingly, any opposition to the motion

11  shall be filed by March 10, 2022, and any reply shall be filed by March 17, 2022, and the hearing

12  on the motion shall be noticed for March 31, 2022.

13    For the avoidance of doubt, this stipulation is not intended to and will not prevent

14  Plaintiff from exercising his right to amend his complaint, as a matter of course, within 21 days

15  after service of a motion under Rule 12(b), (e), or (f), if he chooses to do so.  Fed. R. Civ. P.

16  15(a)(1)(B).  The stipulated deadlines apply only if Defendants file a motion on March 1, 2022

17  and Plaintiff chooses to respond by opposing the motion.

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION AND [PROPOSED] ORDER

DATED: February 24, 2022

By: /s/ Quyen L. Ta

Quyen L. Ta (SBN 229956)
qta@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1214
Facsimile:      +1 415 318 1300

K. LUAN TRAN (SBN 193808)
ltran@kslaw.com
MICHAEL D. ROTH (SBN 217464)
mroth@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355
Facsimile:      +1 213 443 4310

MCGREGOR W. SCOTT (SBN 142413)
mscott@kslaw.com
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:     +1 916 321 4814

*Attorneys for Plaintiff, Anh Lê*

Dated:  February 24, 2022

By: /s/ Jeremy M. Goldman

Jeremy M. Goldman

DAVID CHIU
City Attorney
WAYNE K. SNODGRASS
JEREMY M. GOLDMAN
JENNIFER E. CHOI
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682

*Attorneys for Defendants, CHESA BOUDIN,
in his official capacity as District Attorney of
the City and County of San Francisco and
CITY AND COUNTY OF SAN FRANCISCO*

3

STIPULATION AND [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE PARTIES' STIPULATION**:

1.      Defendants' time to respond to the Complaint is extended to March 1, 2022.

2.      If Defendants file a motion to dismiss the Complaint, Plaintiff's opposition, if any, shall be due on March 10, 2022, and Defendants' reply, if any, shall be due on March 17, 2022.

3.      The hearing on the motion shall be noticed for March 31, 2022 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  February 25 , 2022

_Jacqueline Scott Corley_
Judge Jacqueline Scott Corley
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER