QUYEN L. TA (SBN 229956)
*qta@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1214
Facsimile:     +1 415 318 1300

K. LUAN TRAN (SBN 193808)
*ltran@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355
Facsimile:     +1 213 443 4310

MCGREGOR W. SCOTT (SBN 142413)
*mscott@kslaw.com*
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:     +1 916 321 4814

*Attorneys for Plaintiff, Anh Lê*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANH LÊ**,<br><br>                    Plaintiff,<br><br>          v.<br><br>**CHESA BOUDIN**, in his official capacity as District Attorney of the City and County of San Francisco, California; **CITY AND COUNTY OF SAN FRANCISCO**,<br><br>                    Defendants. | Case No. 3:22-cv-00477-JSC<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41; [PROPOSED] ORDER** |

1    **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a),

2    Plaintiff Anh Lê ("Plaintiff") voluntarily dismisses *without prejudice* to his ability to refile the

3    above-entitled action solely to allow Plaintiff and Defendants Chesa Boudin, in his official

4    capacity as District Attorney of the City and County of San Francisco, California, and the City

5    and County of San Francisco (collectively, "Defendants") to collaborate and engage in mediation

6    to improve victim services for Asian American victims of crime.  This notice of dismissal

7    without prejudice is being filed before service of either an answer or a motion for summary

8    judgment by Defendants.

9      DATED: March 1, 2022                         By:   /s/ Quyen L. Ta

10                                                        Quyen L. Ta (SBN 229956)
                                                          qta@kslaw.com
11                                                        **KING & SPALDING LLP**
                                                          50 California Street, Suite 3300
12                                                        San Francisco, CA 94111
                                                          Telephone:    +1 415 318 1214
13                                                        Facsimile:    +1 415 318 1300

14                                                        K. LUAN TRAN (SBN 193808)
                                                          ltran@kslaw.com
15                                                        MICHAEL D. ROTH (SBN 217464)
                                                          mroth@kslaw.com
16                                                        JAMES A. UNGER (SBN 325115)
                                                          junger@kslaw.com
17                                                        **KING & SPALDING LLP**
                                                          633 West Fifth Street, Suite 1600
18                                                        Los Angeles, CA 90071
                                                          Telephone:    +1 213 443 4355
19                                                        Facsimile:    +1 213 443 4310

20                                                        MCGREGOR W. SCOTT (SBN 142413)
                                                          mscott@kslaw.com
21                                                        **KING & SPALDING LLP**
                                                          621 Capitol Mall, Suite 1500
22                                                        Sacramento, CA  95814
                                                          Telephone:    +1 916 321 4814
23
                                                          *Attorneys for Plaintiff, Anh Lê*
24

25

26

27

28

NTC OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

2        Upon the request of Plaintiff and good cause appearing:

3        **IT IS HEREBY ORDERED** that this action is dismissed without prejudice in its

4   entirety.  The clerk is directed to close this action.

5

6        **IT IS SO ORDERED**.

7   DATED:  March ___, 2022

8

9                                            _____
                                             Judge Jacqueline Scott Corley
10                                           United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NTC OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER